1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

ANTHONY J. BRODZKI,                    )
                                       )
            Plaintiff,                 )        2:11-cv-2060-JCM-RJJ
                                       )
vs.                                    )
                                       )
JIMMY JACKS, *et al.*,                 )        O R D E R
                                       )
            Defendant,                 )
_____)

        This matter is before the Court on an Application to Proceed in District Court Without

Prepaying Fees or Costs (#1).

        The Court having reviewed the Application (#1) and the proposed complaint attached

thereto and good cause appearing therefore,

        IT IS HEREBY ORDERED that a status hearing is scheduled for February 23, 2012, at

10:00 AM in courtroom 3D, 3d floor, Lloyd D. George United States Courthouse, 333 Las Vegas

Blvd. So., Las Vegas, Nevada.

        IT IS FURTHER ORDERED that only Plaintiff, Anthony J. Brodzki,  is required to

appear in Court for this hearing. Plaintiff is advised that failure to appear for this hearing may

result in a recommendation that this case be dismissed.

        IT IS FURTHER ORDERED that the Clerk shall serve a copy of this Order on the

Plaintiff, Anthony J. Brodzki by certified mail, return receipt requested.

        DATED this  18th  day of January, 2012.


                                        _____
                                        ROBERT J. JOHNSTON
                                        United States Magistrate Judge