UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ANTHONY BRODZKI, | |
| Plaintiff, | 2:11-cv-2060-JCM-RJJ |
| vs. | |
| JIMMY JACKS, *et al.*, | O R D E R |
| Defendant, | |

At the request of the plaintiff and good cause appearing therefore,

IT IS HEREBY ORDERED that the hearing scheduled for February 23, 2012, at 10:00 AM shall be by telephone conference call. Plaintiff is instructed to dial into the court's meet-me-line at (702) 868-4906, conference code 123456.

IT IS FURTHER ORDERED that Plaintiff, Anthony Brodzki is advised that failure to participate in this hearing by telephone conference call may result in a recommendation that this case be dismissed.

IT IS FURTHER ORDERED that the Clerk shall serve a copy of this Order on the Plaintiff, Anthony Brodzki, by certified mail, return receipt requested.

DATED this __26th__ day of January, 2012.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge