# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ANTHONY BRODZKI,

        Plaintiff,

v.

JIMMY JACKS, et al.,

        Defendants.

2:12-CV-2060 JCM (RJJ)

## ORDER

Presently before the court is *pro se* plaintiff Anthony J. Brodzki's motion for temporary restraining order. (Doc. #6). Plaintiff requests an injunction "against the United States Attorney for all mind body harassment please, to end." (Doc. #6).

According Federal Rule of Civil Procedure 65, a court may issue a temporary restraining order when the moving party provides specific facts showing that immediate and irreparable injury, loss, or damage will result before the adverse party's opposition to a motion for preliminary injunction can be heard. The Supreme Court has stated that courts must consider the following factors in determining whether to issue a temporary restraining order and preliminary injunction: (1) a likelihood of success on the merits; (2) possibility of irreparable injury if preliminary relief is not granted; (3) balance of hardships; and (4) advancement of the public interest. *Winter v. N.R.D.C.*, 555 U.S. 7, 20 (2008).

**James C. Mahan**
**U.S. District Judge**

1  Here, plaintiff has not provided "specific facts [which] clearly show that immediate and
2  irreparable injury, loss, or damage will result to the movant before the adverse party can be heard
3  in opposition." FED. R. CIV. P. 65(b)(1)(A). Additionally, plaintiff has not made any showing with
4  regard to the four *Winter* factors that a court must consider in the temporary restraining order
5  analysis. *Winter*, 555 U.S. at 20. Finally, plaintiff has not adequately articulated the content of his
6  requested injunctive relief.

7  Accordingly,

8  IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that *pro se* plaintiff Anthony
9  J. Brodzki's motion for temporary restraining order (doc. #6) be, and the same hereby is, DENIED.

10  DATED February 10, 2012.

_____
**UNITED STATES DISTRICT JUDGE**

**James C. Mahan**
**U.S. District Judge**

- 2 -