# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ANTHONY BRODZKI,<br><br>             Plaintiff,<br><br>v.<br><br>JIMMY JACKS, et al.,<br><br>             Defendants. | 2:12-CV-2060 JCM (RJJ) |

**ORDER**

Presently before the court is *pro se* plaintiff Anthony J. Brodzki's motion for temporary restraining order. (Doc. #8). Plaintiff requests this court to "order the United States attorney to stop all, mind, and body, including privacy violations of the mind immediately to (sic) this can get resolved." (Doc. #8). Plaintiff previously moved for a temporary restraining order (doc. #6), and the court denied that motion (doc. #7).

According Federal Rule of Civil Procedure 65, a court may issue a temporary restraining order when the moving party provides specific facts showing that immediate and irreparable injury, loss, or damage will result before the adverse party's opposition to a motion for preliminary injunction can be heard. The Supreme Court has stated that courts must consider the following factors in determining whether to issue a temporary restraining order and preliminary injunction: (1) a likelihood of success on the merits; (2) possibility of irreparable injury if preliminary relief is not granted; (3) balance of hardships; and (4) advancement of the public interest. *Winter v. N.R.D.C.*, 555 U.S. 7, 20 (2008).

**James C. Mahan**
**U.S. District Judge**

1    Plaintiff's requested relief is too vague to be appropriate for injunctive relief. Further, similar to plaintiff's last motion for a temporary restraining order, plaintiff has not made a sufficient showing under the four *Winter* factors. (*See* Docs. #6 and #8). Plaintiff has not demonstrated, or even alleged, a likelihood of success on the merits. While plaintiff has alleged irreparable harm, it is unclear how plaintiff's requested relief would address the possibility of irreparable injury. Finally, plaintiff has not made any showing under the balance of hardships and advancement of the public interest factors. (Doc. #8).

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that *pro se* plaintiff Anthony J. Brodzki's motion for temporary restraining order (doc. #8) be, and the same hereby is, DENIED.

DATED February 22, 2012.

_____
**UNITED STATES DISTRICT JUDGE**

**James C. Mahan**
**U.S. District Judge**