UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ANTHONY BRODZKI,<br><br>    Plaintiff,<br><br>v.<br><br>JIMMY JACKS, et al.,<br><br>    Defendants. | 2:12-CV-2060 JCM (RJJ) |

**ORDER**

Presently before the court is *pro se* plaintiff Anthony J. Brodzki's motion for temporary restraining order. (Doc. #8). Plaintiff requests this court to "order the United States attorney to stop all, mind, and body, including privacy violations of the mind immediately to (sic) this can get resolved." (Doc. #8). Plaintiff previously moved for a temporary restraining order (doc. #6), and the court denied that motion (doc. #7).

According Federal Rule of Civil Procedure 65, a court may issue a temporary restraining order when the moving party provides specific facts showing that immediate and irreparable injury, loss, or damage will result before the adverse party's opposition to a motion for preliminary injunction can be heard. The Supreme Court has stated that courts must consider the following factors in determining whether to issue a temporary restraining order and preliminary injunction: (1) a likelihood of success on the merits; (2) possibility of irreparable injury if preliminary relief is not granted; (3) balance of hardships; and (4) advancement of the public interest. *Winter v. N.R.D.C.*, 555 U.S. 7, 20 (2008).

**James C. Mahan**
**U.S. District Judge**

1    Plaintiff's requested relief is too vague to be appropriate for injunctive relief. Further, similar
2 to plaintiff's last motion for a temporary restraining order, plaintiff has not made a sufficient
3 showing under the four *Winter* factors. (*See* Docs. #6 and #8). Plaintiff has not demonstrated, or
4 even alleged, a likelihood of success on the merits. While plaintiff has alleged irreparable harm, it
5 is unclear how plaintiff's requested relief would address the possibility of irreparable injury. Finally,
6 plaintiff has not made any showing under the balance of hardships and advancement of the public
7 interest factors. (Doc. #8).

8    Accordingly,

9    IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that *pro se* plaintiff Anthony
10 J. Brodzki's motion for temporary restraining order (doc. #8) be, and the same hereby is, DENIED.

11    DATED February 22, 2012.

_____
**UNITED STATES DISTRICT JUDGE**

**James C. Mahan**
**U.S. District Judge**

- 2 -