UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

ANTHONY BRODZKI,

        Plaintiff,

v.

JIMMY JACKS, et al.,

        Defendants.

2:12-CV-2060 JCM (RJJ)

**ORDER**

Presently before the court is *pro se* plaintiff Anthony J. Brodzki's fourth motion for temporary restraining order. (Doc. #16). Plaintiff requests this court to issue a temporary restraining order "to end the harassment by police and civilian population." (Doc. #16). Plaintiff previously moved for temporary restraining orders on February 10, 2012, (doc. #6), February 22, 2012, (doc. #8), and February 27, 2012 (doc. #11), and the court denied those motions (docs. #7, #9, and #12).

According to Federal Rule of Civil Procedure 65, a court may issue a temporary restraining order when the moving party provides specific facts showing that immediate and irreparable injury, loss, or damage will result before the adverse party's opposition to a motion for preliminary injunction can be heard. The Supreme Court has stated that courts must consider the following factors in determining whether to issue a temporary restraining order and preliminary injunction: (1) a likelihood of success on the merits; (2) a likelihood of irreparable injury if preliminary relief is not granted; (3) balance of hardships; and (4) advancement of the public interest. *Winter v. N.R.D.C.*, 555 U.S. 7, 20 (2008).

**James C. Mahan**
**U.S. District Judge**

Plaintiff's requested relief is too vague to be appropriate for injunctive relief. Further, plaintiff has not made a sufficient showing under the four *Winter* factors. (*See* Doc. #16).

In the court's March 3, 2012, order denying plaintiff's third motion for temporary restraining order, the court ordered plaintiff to show cause "why a pre-filing order enjoining plaintiff from filing further motions for injunctive relief without leave of court should not be entered." (Doc. #12). Plaintiff never responded to the order to show cause.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that *pro se* plaintiff Anthony J. Brodzki's fourth motion for temporary restraining order (doc. #16) be, and the same hereby is, DENIED.

**IT IS FURTHER ORDERED that plaintiff is hereby enjoined from filing further motions for injunctive relief without leave of court in this case.**

DATED April 27, 2012.

_____
UNITED STATES DISTRICT JUDGE