**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

2:11-CV-2060 JCM-RJJ

ANTHONY BRODZKI,

    Plaintiff,

v.

JIMMY JACKS, et al.,

    Defendants.

**ORDER**

Presently before the court are the report and recommendation of Magistrate Judge Johnston. (Doc. #26). *Pro se* plaintiff Anthony J. Brodzki failed to file an objection.

Plaintiff filed a motion to proceed in forma pauperis on December 21, 2011. (Doc. #1). The magistrate judge held a hearing on plaintiff's motion on February 23, 2012, and ordered the plaintiff to file an amended complaint by March 30, 2012. (Doc. #10). Plaintiff filed his amended complaint after this deadline. (Doc. #15). The magistrate judge reports that the amended complaint fails to state a cause of action, and it does not appear that the amended complaint can be further amended to state a viable cause of action. (Doc. #26).

Plaintiff also filed five motions for temporary restraining order regarding "mind and body electrical harassment." (Docs. #6, #8, #11, #16, and #18). This court has either denied or stricken all of these motions for temporary restraining order. (Docs. #7, #9, #12, #17, and #19).

Finally, the magistrate judge issued an order to show cause why this case should not be dismissed for failure to file an amended complaint that complies with the magistrate judge's previous

**James C. Mahan**
**U.S. District Judge**

order. (Doc. #21). The order to show cause further scheduled a show cause hearing for June 19, 2012, and warned plaintiff that failure to appear for the hearing could result in a recommendation that this case be dismissed. (Doc. #21). Plaintiff failed to appear at the show cause hearing. (Doc. #26). Therefore, the magistrate judge recommends that this case be dismissed with prejudice. (Doc. #26).

The court agrees with the magistrate judge's report and recommendation, and plaintiff has not filed an objection.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the report and recommendation of Magistrate Judge Johnston (doc. #26) be, and the same hereby are, AFFIRMED in their entirety.

IT IS FURTHER ORDERED that the above-captioned case be, and the same hereby is, DISMISSED.

DATED July 26, 2012.

*James C. Mahan*
_____
**UNITED STATES DISTRICT JUDGE**