# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ANTHONY BRODZKI,

    Plaintiff,

v.

JIMMY JACKS, et al.,

    Defendants.

2:11-CV-2060 JCM-RJJ

## ORDER

Presently before the court are the report and recommendation of Magistrate Judge Johnston. (Doc. #26). *Pro se* plaintiff Anthony J. Brodzki failed to file an objection.

Plaintiff filed a motion to proceed in forma pauperis on December 21, 2011. (Doc. #1). The magistrate judge held a hearing on plaintiff's motion on February 23, 2012, and ordered the plaintiff to file an amended complaint by March 30, 2012. (Doc. #10). Plaintiff filed his amended complaint after this deadline. (Doc. #15). The magistrate judge reports that the amended complaint fails to state a cause of action, and it does not appear that the amended complaint can be further amended to state a viable cause of action. (Doc. #26).

Plaintiff also filed five motions for temporary restraining order regarding "mind and body electrical harassment." (Docs. #6, #8, #11, #16, and #18). This court has either denied or stricken all of these motions for temporary restraining order. (Docs. #7, #9, #12, #17, and #19).

Finally, the magistrate judge issued an order to show cause why this case should not be dismissed for failure to file an amended complaint that complies with the magistrate judge's previous

**James C. Mahan**
**U.S. District Judge**

1  order. (Doc. #21). The order to show cause further scheduled a show cause hearing for June 19,
2  2012, and warned plaintiff that failure to appear for the hearing could result in a recommendation
3  that this case be dismissed. (Doc. #21). Plaintiff failed to appear at the show cause hearing. (Doc.
4  #26). Therefore, the magistrate judge recommends that this case be dismissed with prejudice. (Doc.
5  #26).

6  The court agrees with the magistrate judge's report and recommendation, and plaintiff has
7  not filed an objection.

8  Accordingly,

9  IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the report and
10 recommendation of Magistrate Judge Johnston (doc. #26) be, and the same hereby are, AFFIRMED
11 in their entirety.

12 IT IS FURTHER ORDERED that the above-captioned case be, and the same hereby is,
13 DISMISSED.

14 DATED July 26, 2012.

*[signature: James C. Mahan]*
**UNITED STATES DISTRICT JUDGE**

**James C. Mahan**
**U.S. District Judge**

- 2 -